**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| CHAD BUSH,<br><br>                             *Plaintiff,*<br>     v.<br><br>ALAN E. WILLIAMS, ET AL.,<br><br>                           *Defendants.* | CIVIL ACTION NO. 3:11CV00016<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

By order of December 13, 2011, I awarded judgment to Plaintiff against both Defendants jointly and severally. I referred the matter of damages and the award of attorney's fees and costs to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition, pursuant to 28 U.S.C.§ 636(b)(1)(B) & (b)(3). The Magistrate Judge has now issued his Report and Recommendation.

Upon review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation, I hereby ADOPT the Report and Recommendation (docket no. 30) in its entirety. Accordingly, it is hereby ORDERED as follows:

- Plaintiff's motions seeking an award of damages (docket no. 22) and attorney's fees and costs (docket no. 24) are GRANTED;

- Plaintiff is awarded the sum of $34,212.64 (representing $21,724.70 in compensatory damages, $1,230.19 in liquidated damages, $10,207.75 in attorney's fees, and $1,050.00 in costs);

- and this matter is STRICKEN from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of

record and to United States Magistrate Judge B. Waugh Crigler.

    Entered this ⎯16th⎯ day of February, 2012.

                                                             /s/ Norman K. Moon  
                                                             NORMAN K. MOON  
                                                              UNITED STATES DISTRICT JUDGE