IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHAD BUSH,<br>         *Plaintiff,*<br> v.<br>ALAN E. WILLIAMS, ET AL.,<br>         *Defendants.* | CIVIL ACTION NO. 3:11CV00016<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  By order of December 13, 2011, I awarded judgment to Plaintiff against both Defendants jointly and severally. I referred the matter of damages and the award of attorney's fees and costs to United States Magistrate Judge B. Waugh Crigler for a report and recommended disposition, pursuant to 28 U.S.C.§ 636(b)(1)(B) & (b)(3). The Magistrate Judge has now issued his Report and Recommendation.

  Upon review of the record, and no objection having been filed to the Magistrate Judge's Report and Recommendation, I hereby ADOPT the Report and Recommendation (docket no. 30) in its entirety. Accordingly, it is hereby ORDERED as follows:

- Plaintiff's motions seeking an award of damages (docket no. 22) and attorney's fees and costs (docket no. 24) are GRANTED;
- Plaintiff is awarded the sum of $34,212.64 (representing $21,724.70 in compensatory damages, $1,230.19 in liquidated damages, $10,207.75 in attorney's fees, and $1,050.00 in costs);
- and this matter is STRICKEN from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of

record and to United States Magistrate Judge B. Waugh Crigler.

    Entered this 16th day of February, 2012.

                                                               NORMAN K. MOON
                                                               UNITED STATES DISTRICT JUDGE